

JOHN C. BROWN (State Bar # 195804)
REDENBACHER & BROWN, LLP
580 California Street, Suite 1600
San Francisco, California 94104                      CLOSED
Phone:  (415) 409-8600
Fax:  (415) 520-0141
Email: jbrown@redbrownlaw.com

Attorneys for Plaintiff, j2 GLOBAL COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J2 GLOBAL COMMUNICATIONS, INC., | Case No.:  CV 07-1492 DDP (AJWx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THE HOT LEAD COMPANY, L.L.C., *et al.* | |
| Defendants. | |

IT IS HEREBY ADJUDGED that plaintiff j2 GLOBAL

COMMUNICATIONS, INC., be awarded a judgment against defendants THE HOT

LEAD COMPANY, L.L.C.; SUNBELT COMMUNICATIONS AND

MARKETING, LLC; ROBERT MICHAEL HORNE; MICHAEL GREGORY

HORNE; DON MAGEE; DAVID BEST; LARRY KROUSE aka LAWRENCE

KROUSE; SCOTT NICKASON aka SCOTT NICHASON; DAVID CRANDALL;

DAVID VAUGHAN; and, WALTER ALBRECHT aka WALTER WHITE, for the

principal sum of $56,000.00, attorneys' fees of $2,961.00, and statutory interest of

$1,626.30, for a total judgment of $60,587.30, as to which amount defendants are

jointly and severally liable.  Further, plaintiff shall be entitled to 10.0% statutory

interest under California law on the judgment award from the date of entry of this

1  judgment until paid.

2          This Judgment shall take effect immediately upon entry hereof.

3          This Court retains permanent jurisdiction over the parties for the purposes of

4  enforcing the terms of the Judgment.

5

6

7  Dated:  June 23, 2009          _____

8                                 The Hon. Dean D. Pregerson

9                                 Judge, U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT; CV 07-1492 DDP (AJWx)